# Exhibit A

|  |  |
|---|---|
| | IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA |
| | CIRCUIT CIVIL DIVISION |
| ROBERT DIXON, | CASE NO. |
| Plaintiff, | |
| vs. | |
| THE RECORD INC. d/b/a FLORIDA RECORD, | |
| Defendant. _____/ | |

# COMPLAINT

Plaintiff, Robert Dixon (hereafter "Dixon") hereby sues Defendant The Record Inc. d/b/a Florida Record (hereafter "Florida Record"), and alleges as follows:

1. This is an action for Libel Per Se against Florida Record.

2. Dixon is a Florida attorney, who resides in Miami-Dade County, Florida, and whose law firm, Law Offices of Robert Dixon, is located in Miami-Dade County, Florida.

3. The Record Inc. is an Illinois company that covers civil litigation and highly publicized cases in 10 jurisdictions across the country, one of which is Florida, where The Record Inc. does business as Florida Record.

4. Jurisdiction and venue are proper in the Civil Circuit Court of Miami-Dade County, Florida, because the amount in controversy exceeds $30,000, Dixon is a Miami-Dade County, Florida resident, and Florida Record is (i) operating, conducting, engaging in, or carrying on a business or business venture in Florida or has an office or agency in Florida, (ii) committed a tortious act within Florida, and (iii) is engaged in substantial and not isolated activity within Florida.

5. All conditions necessary to the bringing of this action have been performed, occurred or have been waived, and prior to filing this lawsuit, Dixon provided Florida Record the attached pre-suit Notice pursuant to Fla. Stat. § 770.01 [**Ex. 1**], which Florida Record ignored.

6. Plaintiff has agreed to pay the undersigned law firm reasonable attorney's fees.

### Count I - Libel Per Se

7. Dixon re-adopts and re-alleges Paragraphs 1-6 above, as if fully set forth herein.

8. On December 27-28, 2018, Florida Record published the attached article [**Ex. 2**] which is false and defamatory because it states that "Miami attorney Robert Dixon was disbarred . . .," when in fact Dixon was not disbarred.

9. Florida Record's article is libel per se because it is an online publication of a false statement to the world that tends to injure Dixon's business, trade or profession.

WHEREFORE, Judgment should be entered in favor of Dixon and against Florida Record for damages (including punitive damages for libel per se claims) and any other relief that the Court deems just and proper.

### Plaintiff Demands a Trial by Jury

Dated: December 23, 2020

Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
*Attorneys for Plaintiff Robert Dixon*
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By: /s/ Herman J. Russomanno III
    Herman J. Russomanno III
    Fla. Bar No. 21249
    herman2@russomanno.com

# EXHIBIT 1

# LAW OFFICES OF ROBERT DIXON
## FIGHTING FOR THE INJURED

**MAILING ADDRESS**  
5963 Biscayne Blvd.  
Miami, Florida 33137  
**Fax**: (305) 917-1112

FLaccidentattorney.com

December 12, 2020

VIA Email and Certified Mail:  
news@therecordinc.com  
The Record Inc d/b/a Florida Record  
2118 Plum Grove Rd.  
Ste 190  
Rolling Meadows, IL 60008

RE: **PRE-SUIT NOTICE PURSUANT TO SECTION 770.01, FLA.STAT., CONCERNING CLAIM OF DEFAMATION BY ROBERT DIXON AGAINST THE RECORD INC. d/b/a FLORIDA RECORD**

To Whom It May Concern:

Please consider this notice/letter as your pre-suit notice, pursuant to Section 770.01. Fla. Stat., of Robert Dixon's intention to file a civil action against your entity for defamation (libel and/or slander). This relates to an online article published by the Florida Record on December 28, 2018. The statement in this article which I allege is false and defamatory is:

Miami attorney Robert Reza Dixon was disbarred following an Nov.1 Florida Supreme Court order for allegedly failing to comply with a suspension handed down earlier this year, according to a recent announcement by the Florida Bar.

Furthermore, please consider this letter as a request that you immediately cease and desist from publishing any more defamatory statements.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Very Truly Yours,

Robert Dixon

| Miami | Ft. Lauderdale | West Palm Beach | Okeechobee | Orlando |
|---|---|---|---|---|
| (305) 917 1111 | (954) 874 7777 | (561) 296 3333 | (863) 238 5555 | (321) 352-8888 |

# EXHIBIT 2

- STATE COURT
- FEDERAL COURT
- LEGISLATION
- CAMPAIGNS & ELECTIONS
- ATTORNEYS & JUDGES
- LAWSUITS
- HOT TOPICS
- REFORM
- LEGAL ROUNDUP
- OPINION
- DIRECTORY

Home » Stories » 2018 » December

# Miami attorney reprimanded following failure to comply with suspension requirements

DISCIPLINE

By Karen Kidd | Dec 27, 2018



FLORIDA RECORD



shutterstock.com

TALLAHASSEE – Miami attorney Robert Reza Dixon was disbarred following an Nov. 1 Florida Supreme Court order for allegedly failing to comply with a suspension handed down earlier this year, according to a recent announcement by The Florida Bar.

"Dixon was found in contempt for failure to comply with a prior court order," the state bar said in its **Dec. 27 announcement** of the discipline and the Supreme Court's order. "He was required to produce trust records from July 2015 to the present that are compliant with Florida Bar Rules Regulating Trust Accounts."

The state Supreme Court issued an order for Dixon to show cause why he should not be held in contempt and suspended until such time as he fully complied, according to the court's **two-page order** reprimanding Dixon.

"(Dixon) alleges that he has now complied with the court's order, albeit not in a timely manner," the order said. "The court takes very seriously every attorney's obligation to timely and completely comply with the orders of this court."

The court also ordered Dixon to pay approximately $2,750 in costs.

Florida court orders are not final until time to file a rehearing motion expires. Filing such a motion does not alter the effective date of Dixon's reprimand.

Dixon was admitted to the bar in Florida on April 24, 2006, according to **his profile** at the state bar website.

In May, the high court **suspended Dixon** for 90 days, effective 30 days from the date of the court's order to allow him time to close out his practice and protect his existing clients' interests, according to the high court's order. At the time, the court also ordered Dixon to pay approximately $13,590 in costs.

Dixon's suspension followed a **consent judgment** filed with the court that included Dixon's conditional guilty plea to allegations that included failures to maintain his trust account and maintain and produce trust records. Dixon also was alleged to have allowed or caused a client's signature and/or name to be affixed to a settlement check and then deposited the check into his trust account without first having the client endorse the check, according to the consent judgment.

## WEEKLY NEWSLETTER

Sign-up and get latest news about the courts, judges and latest complaints - right to your inbox.

Email

**SIGN UP**

By signing up you agree to receive email newsletters or alerts from Florida Record. You can unsubscribe at any time. Protected by Google ReCAPTCHA.

 reCAPTCHA



### Want to get notified whenever we write about any of these organizations ?

Next time we write about any of these organizations, we'll email you a link to the story. You may edit your settings or unsubscribe at any time.

Sign-up

## ORGANIZATIONS IN THIS STORY

**The Florida Bar • Florida Supreme Court**

## MORE NEWS

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

    **I.**    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,<br>IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Robert Dixon</u>
Plaintiff                                                         Case # _____
                                                                                      Judge  _____

vs.
<u>The Record Inc d/b/a Florida Record</u>
Defendant

    **II.**    **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

    **III.**    **TYPE OF CASE**    (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☒ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 3 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Herman J Russomanno III      Fla. Bar # 21249
         Attorney or party                       (Bar # if attorney)

Herman J Russomanno III            12/23/2020
(type or print name)                  Date

|  |  |
|---|---|
| ROBERT DIXON, | IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA |
|  | CIRCUIT CIVIL DIVISION |
|  | CASE NO. 2020-027586-CA-21 |

ROBERT DIXON,

    Plaintiff,

vs.

THE RECORD INC.
d/b/a FLORIDA RECORD,

    Defendant.
_____/

## **SUMMONS**

    TO EACH SHERIFF you are commanded to serve this Summons and a copy of the Complaint to:

    THE RECORD INC. d/b/a FLORIDA RECORD
    2118 Plum Grove Rd., Ste 190
    Rolling Meadows, IL 60008

DATED this \_\_\_\_\_ day of _____ 202\_\_\_.

                                          HARVEY RUVIN
                                          AS CLERK OF THE COURT

Herman J. Russomanno III, Esq.
RUSSOMANNO & BORRELLO, P.A.         By: _____
Attorneys for Plaintiff                              Deputy Clerk
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33131
Telephone: (305) 373-2101
Email: herman2@russomanno.com

## IMPORTANT

*A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).*

If you choose to file a written response yourself, at the same time you file your written response to the court, located at:

> Miami-Dade County Courthouse
> 73 West Flagler Street
> Miami, Florida 33130

You must also mail or take a copy of your written responses to the "Plaintiff's Attorney" named below.

Translation

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaires ont eté entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obligé de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et do nom des parties nommées ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre

- 3 -

salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

*Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalité, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nommé ci-dessous.*

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA |
|  | CIRCUIT CIVIL DIVISION |
| ROBERT DIXON, | CASE NO. 2020-027586-CA-21 |
| Plaintiff, |  |
| vs. |  |
| THE RECORD INC. d/b/a FLORIDA RECORD, |  |
| Defendant. |  |
| _____/ |  |

## SUMMONS

TO EACH SHERIFF you are commanded to serve this Summons and a copy of the Complaint to:

THE RECORD INC. d/b/a FLORIDA RECORD
2118 Plum Grove Rd., Ste 190
Rolling Meadows, IL 60008

DATED this _____ day of _____ 12/31/2020 202___.

HARVEY RUVIN
AS CLERK OF THE COURT

By: _____ 310009
Deputy Clerk

Herman J. Russomanno III, Esq.
RUSSOMANNO & BORRELLO, P.A.
Attorneys for Plaintiff
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33131
Telephone: (305) 373-2101
Email: herman2@russomanno.com

## IMPORTANT

*A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).*

If you choose to file a written response yourself, at the same time you file your written response to the court, located at:

> Miami-Dade County Courthouse
> 73 West Flagler Street
> Miami, Florida 33130

You must also mail or take a copy of your written responses to the "Plaintiff's Attorney" named below.

Translation

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaires ont eté entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obligé de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et do nom des parties nommées ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre

- 3 -

salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

*Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalité, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nommé ci-dessous.*