UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 21-20940-CIV-MGC

ROBERT DIXON,

    Plaintiff,

vs.

THE MADISON COUNTY
RECORD, INC. d/b/a
FLORIDA RECORD,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Dixon hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety, with each party to bear his or its own attorneys' fees and costs. Defendant The Madison County Record, Inc., incorrectly sued here as The Record Inc., hereby consents and stipulates to the foregoing dismissal.

Dated: April 30, 2021

Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
*Attorneys for Plaintiff Robert Dixon, Esq.*
Museum Tower - Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By: /s/ Herman J. Russomanno III
      Herman J. Russomanno III
      Fla. Bar No. 21249
      herman2@russomanno.com

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (Fla. Bar No. 816345)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com

*Counsel for Defendant The Madison County Record, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 30, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on any and all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/ Herman J. Russomanno III